**UNPUImented**

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6694**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

IHEDINACHI I. UZODINMA,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CR-96-61-A, CA-98-575-AM)

———————

Submitted:  September 28, 1999        Decided:  November 3, 1999

———————

Before WILKINS and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Ihedinachi I. Uzodinma, Appellant Pro Se.  Jack I. Hanly, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant Ihedinachi I. Uzodinma seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Uzodinma's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Uzodinma, Nos. CR-96-61-A; CA-98-575-AM (E.D. Va. Mar. 12, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED